**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Michael Leal,

        Plaintiff,                  Case No.   1:22cv150

        v.                         Judge Michael R. Barrett

Felicia Bedel, *et al.*,

        Defendants.

**ORDER OF REFERENCE**

Pursuant to 28 U.S.C. § 636 and Southern District of Ohio (Western Division at Cincinnati) General Order 14-01, **United States Magistrate Judge Karen L. Litkovitz**, is hereby appointed to rule upon all non-dispositive pretrial motions, to report to the Court her recommended disposition of all dispositive pretrial motions, to serve as Special Master for a non-jury trial where the parties consent thereto or where an exception condition exists, and to report to the Court her recommended decision in this action; to preside at a jury trial where the parties consent thereto, and to enter final judgment where the parties consent thereto.

The Magistrate Judge is further appointed to hear and determine all post-trial motions.

**IT IS SO ORDERED**.

                      *s/Michael R. Barrett*
                      Michael R. Barrett, Judge
                      United States District Court