# UNITED STATES DISTRICT COURT
## for the
## Southern District of Ohio
## Western Division

| | |
|---|---|
| Michael Leal <br> *Plaintiff(s)* <br> -v- <br><br> Felicia Bedel, *et al.* <br> *Defendant(s)* | Case No. 1:22-cv-00150 |

## DEFENDANT Bedel'S MOTION FOR EXTENSION OF TIME

Defendant Bedel respectfully moves the Court for an order extending her time to answer the Complaint. She and her co-defendants have been diligently working to raise funds to retain counsel for this matter. She expects to finalize an engagement agreement within 30 days, and therefore requests an additional 60 days in which to respond to the complaint.

*/s/ Felicia Bedel*

Address 210 Carrington Lane Unit 311 Loveland, OH 45140
Phone number 513-635-0051
e-mail address fbedel05@hotmail.com

4/15/2022
Date