# UNITED STATES DISTRICT COURT
## for the
### Southern District of Ohio
### Western Division

| Michael Leal | ) | Case No. | 1:22-cv-00150 |
|---|---|---|---|
| *Plaintiff(s)* | | | |
| -v- | | | |
| Felicia Bedel, *et al.* | | | |
| *Defendant(s)* | | | |

## DEFENDANT Kerns'S MOTION FOR EXTENSION OF TIME

Defendant Kerns respectfully moves the Court for an order extending her time to answer the Complaint. She and her co-defendants have been diligently working to raise funds to retain counsel for this matter. She expects to finalize an engagement agreement within 30 days, and therefore requests an additional 60 days in which to respond to the complaint.

April 15, 2022
Date

Address  405 Red Hawk Pt. Katheen Georgia 31047
Phone number  919-721-2800
e-mail address  ramsamLLC@gmail.com

Page of 7

405 Red Hawk Pt.
Kathleen, GA 31045

U.S. POSTAGE PAID
FCM LETTER
BONAIRE, GA
31005
APR 19, 22
AMOUNT
$7.38
R2305K142477-2

US District Court for the Southern District of Ohio
100 East 5th Street
Cincinnati, OH 45202

Attn: Clerks Office

X-RAY ✓
U.S. MARSHALS SERVICE

45202-397569

CERTIFIED MAIL

7020 2450 0000 1737 1894