**Granted.**
8:56 AM, Apr 25, 2022

*Karen L. Litkovitz*
Karen L. Litkovitz
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio
Western Division

FILED
RICHARD W. NAGEL
CLERK OF COURT

22 APR 22 PM 12: 56

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

| | | |
|---|---|---|
| Michael Leal | Case No. | 1:22-cv-00150 |
| *Plaintiff(s)* | | |
| -v- | | |
| Felicia Bedel, *et al.* | | |
| *Defendant(s)* | | |

## DEFENDANT Kerns'S MOTION FOR EXTENSION OF TIME

Defendant Kerns respectfully moves the Court for an order extending her time to answer the Complaint. She and her co-defendants have been diligently working to raise funds to retain counsel for this matter. She expects to finalize an engagement agreement within 30 days, and therefore requests an additional 60 days in which to respond to the complaint.

April 15, 2022
Date

Address: 405 Red Hawk Pt. Katheen Georgia 31047
Phone number: 919-721-2800
e-mail address: ramsamLLC@gmail.com

Page of 7

405 Red Hawk Pt.
Kathleen, GA 31045

US District Court for the Southern District of Ohio
100 East 5th Street
Cincinnati, OH 45202

Atten: Clerks Office

U.S. POSTAGE PAID
FCM LETTER
BONAIRE, GA
31005
APR 19, 22
AMOUNT
$7.38
R2305K142477-2

CERTIFIED MAIL

7020 2450 0000 1737 1894

X-RAY ✓
U.S. MARSHALS SERVICE

45202-397569