3:11     EXHIBIT 2

camcamexclusive 21h
From Create Mode ›

BEEN REALLY FOCUSED ON GETTING BETTER 💕… I GOT THE VID AT COACHELLA…AND IT IS KICKING MY BOOTY.

….. AND WE FOUND A LAWYER 🙏🏼💗!!!!

Send Message





#31 MM  18h





#31 MM · 18h

# Current status in regards to Defendants being served in the MM Lawsuit

## Felicia has been served.
(Request for 60 day extension; granted.)

## I (Sam) have been served.
(Request for 60 day extension; granted)

## Cam has not been served.
One attempt was made, but she was not home. She is not aware of any other attempts that have been made for service.

## Chelsea has not been served.
There have been no attempts made that she is aware of.



U Can't Touch This
M.C. Hammer

Reply to mrssamanthaanne...