🔒 PageVault

# EXHIBIT 3

| | |
|---|---|
| Document title: | ☐ CAMMIE ☐ EXCLUSIVE ☐ (@camcamexclusive) • Instagram photos and videos |
| Capture URL: | https://www.instagram.com/camcamexclusive/ |
| Page loaded at (UTC): | Fri, 29 Apr 2022 17:40:46 GMT |
| Capture timestamp (UTC): | Fri, 29 Apr 2022 17:41:05 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 4 |
| Capture ID: | 50db87de-9d38-44f9-a318-dc993b1def5c |
| User: | drl-Ford |

PDF REFERENCE #: 9SmLwHciEYRiAyEyftmWux



## camcamexclusive

1,863 posts     46.6k followers     3,434 following

💎 CAMMIE 🦄 EXCLUSIVE 💎
Coach
IFBB PRO WPD
🦄TEAM EXCLUSIVE LLC💎
💜TEAM/COACHING PAGE💜
@teamexclusivellc
👇COACHING EMAIL👇
teamexclusivellc@gmail.com
👇AMAZON LIST👇
www.amazon.com/shop/camcamexclusive

      

PREP CLIE...    LIFESTYLE 6    POWERLIF...    CHRONICL...    LIFESTYLE 5    CLIENT +21    GLOW UP

🔲 POSTS     🎬 REELS     ▶ VIDEOS     👤 TAGGED

  

  




























Document title: ☐ CAMMIE ☐ EXCLUSIVE ☐ (@camcamexclusive) • Instagram photos and videos
Capture URL: https://www.instagram.com/camcamexclusive/
Capture timestamp (UTC): Fri, 29 Apr 2022 17:41:05 GMT