# UNITED STATES DISTRICT COURT
## for the Southern District of Ohio

**MICHAEL LEAL**
Petitioner/Plaintiff,

vs.

Docket/Case: 1:22-CV-150

**SAMANTHA KERNS AKA SAMANTHA ADAMO, et al**
Respondent/Defendant/Garnishee/Witness.

## AFFIDAVIT OF SERVICE

I, **Michael Harbuck**, being duly sworn, depose and say: I am over the age of 18 years, not a party to this action, am a citizen of the United States, and, as Georgia Certified Process Server (No. 294), I served the following case documents SUMMONS, COMPLAINT FOR LIBEL, FALSELIGHT, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, TORTIOUS INTERFERENCE WITH BUSINESS RELATIONS, INVASION OF PRIVACY, BREACH OF CONSENT DECREE, AND CONSPIRACY, COVER SHEET, EXHIBITS

to SAMANTHA ADAMO on March 30, 2022 at 7:03p m.,
who identified as SAMANTHA ADAMO,
at the following address: 405 Red Hawk Pointe Kathleen, GA 31047.

Description: Sex F  Skin color White  Age 45  Height 5'6"  Weight 135  Hair Brown

Additional comments or case information:

I solemnly swear and affirm that the above information is true and accurate.

**Michael Harbuck**
GA Certified Process Server #294
200 Rosewater Dr., Warner Robins, GA 31088
(478) 973-5631 | myke@trinityserve.com

NAPPS
NATIONAL ASSOCIATION
OF PRIVATE PROCESS SERVERS

Subscribed and sworn to before me this 31 day of March, 2022.

Notary Public for Georgia
SEAL and Expiration

HEIDI JOY HARBUCK
NOTARY PUBLIC
EXPIRES
GEORGIA
06-14-2025
HOUSTON COUNTY