# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF OHIO

MICHAEL LEAL

    PLAINTIFF(S)

vs.

FELICIA BEDEL, ET AL.

    DEFENDANT(S)

CASE# 1:22-CV-150

**AFFIDAVIT OF SERVICE**

STATE OF OHIO    )
    ) SS.
COUNTY OF HAMILTON    )

TO:    **FELICIA BEDEL**
**210 CARRINGTON LANE, APT. 311**
**LOVELAND, OH 45140**

__Brittian Daudelin__ PERSONALLY APPEARED BEFORE ME, WHO BEING FIRST DULY SWORN, SAYS THAT HE SERVED A COPY OF THE **SUMMONS; CIVIL COVER SHEET; COMPLAINT; CONSENT DECREE OF DISSOLUTION OF MARRIAGE** UPON THE ABOVE NAMED PARTY ON THE __30th__ DAY OF __March__, 20__22__, AT APPROXIMATELY __8:26__ __A.__M.

(✓) BY DELIVERING TO AND LEAVING WITH THE NOTICED PARTY PERSONALLY;

( ) BY DELIVERING TO AND LEAVING WITH _____, A PERSON OF DISCRETION RESIDING AT THE RESIDENCE OF THE SAID NOTICED PARTY;

( ) BY DELIVERING AND LEAVING WITH _____, THE REGISTERED AGENT FOR THE NOTICED PARTY;

( ) BY DELIVERING AND LEAVING WITH NAME:_____ POSITION:_____ AN EMPLOYEE OF THE BUSINESS LISTED FOR THE NOTICED PARTY, AUTHORIZED TO ACCEPT SERVICE.

( ) BY **POSTING** A COPY OF SAID ABOVE REFERENCED DOCUMENTS AT/WITH _____ _____ ON THE _____ DAY OF _____, 20___, AT APPROXIMATELY _____ __M.

( ) SERVICE NOT OBTAINED (PLEASE SEE NOTES BELOW)

(NOTES) _____

( ) **DESCRIPTION:**

| | | | | | |
|---|---|---|---|---|---|
| **SEX:** | ___ MALE | ✓ FEMALE | | | |
| **SKIN:** | ✓ WHITE | ___ BLACK | ___ YELLOW | ___ BROWN | ___ RED |
| **HAIR:** | ✓ BLACK | ___ BROWN | ___ BLONDE | ___ GRAY | ___ RED ___ BALD |
| **AGE:** | ___ 16-20 | ___ 21-35 | ✓ 36-50 | ___ 51-65 | ___ 65+ |
| **HEIGHT:** | ___ UNDER 5' | ___ 5'-5'3" | ✓ 5'4"-5'8" | ___ 5'9"-6' | ___ 6'+ |
| **WEIGHT:** | ___ <100LBS | ___ 100-130 | ✓ 131-160 | ___ 161-200 | ___ >200LBS |

_Brittian Daudel_

PROCESS SERVER

LITIGATION SUPPORT SERVICES
11811 MASON MONTGOMERY RD.
CINCINNATI, OHIO 45249

SWORN TO BEFORE ME THIS __30th__ DAY OF __March__, 20__22__.

_____
OH/KY NOTARY PUBLIC · COMM. EXP.: __6/12/25__

[Notary Public Seal - State of Ohio]