**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| MICHEAL LEAL, an individual, | ) | CASE NO.: 1:22-CV-00150-MRB |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) | JUDGE: HONORABLE MICHAEL R. BARRETT |
| FELICIA BEDEL, et. al. | ) ) | |
| *Defendants.* | ) ) ) | **PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO PERFECT SERVICE** |

Plaintiff Michael Leal, ("Plaintiff"), by and through undersigned counsel, hereby requests that the Court grant Plaintiff's Motion to Extend Time to Perfect Service upon Defendants Cammie Leal ("Cammie") and Chelsea Stadtler ("Stadtler") in accordance with Fed. R. Civ. P. 4(m). Plaintiff requests an additional ninety (90) days in which to perfect service, making the deadline to serve the Defendants September 19, 2022. In support thereof, Plaintiff submits the attached Memorandum in Support and Proposed Order.

Respectfully Submitted,

/s/ Andrew Stebbins
Andrew Stebbins (0086387)
Buckingham, Doolittle & Burroughs, LLC
1375 E. 9th St., Suite 1700
Cleveland, Ohio 44114
Phone: (216) 736-4233
asteddins@bdblaw.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that true and accurate copies of the Plaintiff's Motion for Extension of Time to Perfect Service were served on June 7, 2022 via the court's electronic filing system to the Defendants and their respective counsel of record.

*/s/ Andrew Stebbins*
Andrew Stebbins
