**EXHIBIT 2**

# Affidavit of Process Server

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO
(NAME OF COURT)

| MICHAEL LEAL | vs FELICIA BEDEL, et al. | 1:22CV-150 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I CARL HERMAN WALKER, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served NON SERVICE: CHELSEA STAEDTER
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT

by leaving with _____ At
NAME           RELATIONSHIP

☑ Residence 5758 LAURETTA STREET         SAN DIEGO, CA 92110
ADDRESS          CITY / STATE

☐ Business _____
ADDRESS          CITY / STATE

On _____ AT _____
DATE             TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY      STATE      ZIP

**Manner of Service:**

☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☑ Other UNABLE TO MAKE CONTACT AFTER MULTIPLE ATTEMPTS

Service Attempts: Service was attempted on: (1) 3/31/2022 7:51PM   (2) 4/02/2022 6:31PM
(3) 4/03/2022 5:31PM   (4) 4/09/2022 3:42PM   (5) _____

Description: Age ___ Sex ___ Race ___ Height ___ Weight ___ Hair ___ Beard ___ Glasses ___

I declare under penalty of perjury the foregoing is true and correct.

*Carl Herman Walker*    5-12-2022
Carl Herman Walker R.P.S. #1755
SIGNATURE OF PROCESS SERVER