## AFFIDAVIT OF SERVICE

| Case: 1:22-cv-00150-MRB | Court: United States District Court for the Southern District of Ohio | County: | Job: 7031118 |
|---|---|---|---|
| Plaintiff / Petitioner: MICHAEL LEAL | | Defendant / Respondent: FELICIA BEDEL; CAMMIE LEAL; CHELSEA STAEDTER; SAMANTHA KERNS AKA SAMANTHA ADAMO | |
| Received by: Serve Vegas LLC | | For: Minc Law | |
| To be served upon: Chelsea Staedter | | | |

I, Shea Byers, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   Alex "Doe" , 7850 Dean Martin Dr Ste. 506, Las Vegas, NV 89139
Manner of Service:          Substitute Service - Personal, May 10, 2022, 10:28 am PDT
Documents:                  Civil Cover Sheet, Summons and Complaint

Additional Comments:
1) Unsuccessful Attempt: May 5, 2022, 12:32 pm PDT at 7850 Dean Martin Dr Ste. 506, Las Vegas, NV 89139
Doors are closed and locked. Signage states the business is closed from 12:00 p.m. to 1:00 p.m. on weekdays.

2) Unsuccessful Attempt: May 5, 2022, 1:15 pm PDT at 7850 Dean Martin Dr Ste. 506, Las Vegas, NV 89139
Employees Emily and John Doe declared that subject is unknown and does not work here. Together they searched the computer system and said subject does not show up at all. Server then showed them tagged photos from subject's Instagram profile in which subject is representing this establishment. John Doe, who appeared to be a manager, subsequently described the situation as "weird" and "random" and then quickly found subject in the computer system. John Doe told Emily to call subject. Subject answered, and allegedly told Emily "people are after [her]", and that she is not expecting any deliveries. No information was provided for when subject will be here.
Server left phone number with Emily to give to subject. (Photo of the 2 employees is attached).

3) Successful Attempt: May 10, 2022, 10:28 am PDT at 7850 Dean Martin Dr Ste. 506, Las Vegas, NV 89139 received by Alex "Doe" . Age: 30; Ethnicity: Caucasian; Gender: Male; Weight: 185; Height: 5'9"; Hair: Blond;
Recipient stated subject is not here and had no information about subject. He identified himself as a manager and provided his first name only (Alex). Per client's request, documents were drop served on the staff member as they were unwilling to accept documents.

I declare under penalty of perjury that the foregoing is true and correct.

*[Signature]*                          05/10/2022

Shea Byers                             Date
R-2020-01199

Serve Vegas LLC
9811 W. Charleston Blvd 2-732
Las Vegas, NV 89117
702-209-2140