## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MICHEAL LEAL, an individual, | ) | CASE NO.: 1:22-CV-00150-MRB |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | JUDGE: HONORABLE MICHAEL R. |
| v. | ) | BARRETT |
| | ) | |
| FELICIA BEDEL, et. al. | ) | |
| | ) | **PROPOSED ORDER GRANTING** |
| *Defendants.* | ) | **PLAINTIFF'S MOTION FOR** |
| | ) | **EXTENSION OF TIME TO** |
| | ) | **PERFECT SERVICE** |

AND NOW, this _____ day of _____June_____, 2022, upon consideration of Plaintiff Michael Leal's Motion for Extension of Time to Serve Defendants Cammie Leal and Chelsea Staedter, it is hereby ORDERED, ADJUDGED, and DECREED that the Motion is GRANTED. Plaintiff's deadline to serve Defendants Cammie Leal and Chelsea Staedter is hereby extended to September 19, 2022.

_____  
Dated:

_____  
Honorable Judge Michael R. Barrett