# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MICHEAL LEAL, an individual, | ) | CASE NO.: 1:22-CV-00150-MRB |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | JUDGE: HONORABLE MICHAEL R. |
| v. | ) | BARRETT |
| | ) | |
| FELICIA BEDEL, et. al. | ) | |
| | ) | **ORDER GRANTING** |
| *Defendants.* | ) | **PLAINTIFF'S MOTION FOR** |
| | ) | **EXTENSION OF TIME TO** |
| | ) | **PERFECT SERVICE** |

AND NOW, this ___13th___ day of _____June_____, 2022, upon consideration of Plaintiff Michael Leal's Motion for Extension of Time to Serve Defendants Cammie Leal and Chelsea Staedter, it is hereby ORDERED, ADJUDGED, and DECREED that the Motion is GRANTED.  Plaintiff's deadline to serve Defendants Cammie Leal and Chelsea Staedter is hereby extended to September 19, 2022.


___6/13/2022___

Dated:

*Karen L. Litkovitz*

Karen L. Litkovitz
U.S. Magistrate Judge