## AFFIDAVIT OF SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 1:22-cv-00150-MRB | United States District Court for the Southern District of Ohio | | 7214232 |
| **Plaintiff / Petitioner:** <br> MICHAEL LEAL | | **Defendant / Respondent:** <br> FELICIA BEDEL; CAMMIE LEAL; CHELSEA STAEDTER; SAMANTHA KERNS AKA SAMANTHA ADAMO | |
| **Received by:** <br> Serve Vegas LLC | | **For:** <br> Minc Law | |
| **To be served upon:** <br> Chelsea Staedter | | | |

I, Shea Byers, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| Recipient Name / Address: | Chelsea Staedter, 5175 Jerry Tarkanian Way #2014, Las Vegas, NV 89148 |
| Manner of Service: | Personal/Individual, Jun 15, 2022, 8:30 pm PDT |
| Documents: | Civil Cover Sheet, Summons and Complaint |

**Additional Comments:**
1) Unsuccessful Attempt: Jun 10, 2022, 7:35 pm PDT at 5175 Jerry Tarkanian Way #2014, Las Vegas, NV 89148
Bad unit number - 2014 does not exist.
Closest matches are 2104, or 20104.

2) Unsuccessful Attempt: Jun 13, 2022, 11:55 am PDT at 5175 Jerry Tarkanian Way #2014, Las Vegas, NV 89148
Leasing office was unable to verify any tenant information.
Attempt at #2104: Jane Doe occupant was a Caucasian female, white hair, age 70-80, 5'4", 100 lb. - She stated subject is unknown and does not live here.
Attempt at #20104: No answer at the door. no activity observed.

3) Unsuccessful Attempt: Jun 14, 2022, 10:36 am PDT at 5175 Jerry Tarkanian Way #2014, Las Vegas, NV 89148
Unit 20104 - Blinds are open and no activity was observed. No answer at the door.

4) Unsuccessful Attempt: Jun 14, 2022, 8:44 pm PDT at 5175 Jerry Tarkanian Way #2014, Las Vegas, NV 89148
Lights on, TV on, shadows could be seen. No answer at the door. Occupants ignored knocking.

5) Successful Attempt: Jun 15, 2022, 8:30 pm PDT at 5175 Jerry Tarkanian Way #2014, Las Vegas, NV 89148 received by Chelsea Staedter. Age: 30-40; Ethnicity: Caucasian; Gender: Female; Weight: 190; Height: 5'9"; Hair: Brown;

I declare under penalty of perjury that the foregoing is true and correct.

_____    06/15/2022
Shea Byers                                  Date
R-2020-01199

Serve Vegas LLC
9811 W. Charleston Blvd 2-732
Las Vegas, NV 89117
702-209-2140