OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH STREET, ROOM 103
CINCINNATI, OHIO 45202

OFFICIAL BUSINESS

**RECEIVED**
JUN 24 2022
RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

Samantha Kerns
405 Red Hawk Pt.
Kathleen, GA 31045

RTS

CINCINNATI OH 450
13 JUN 2022 PM 5

US POSTAGE
ZIP 45202
02 4W
0000343849 JUN 13 202
$ 000.53

NIXIE                399  FE  1           0005/21/22
            RETURN TO SENDER
            ATTEMPTED - NOT KNOWN
            UNABLE TO FORWARD
BC: 45202397699         *1815-04685-13-45

## Orders on Motions
1:22-cv-00150-MRB-KLL Leal v. Bedel et al

CASREF,JURY,LC1,PRO SE

# U.S. District Court

## Southern District of Ohio

## Notice of Electronic Filing

The following transaction was entered on 6/13/2022 at 11:33 AM EDT and filed on 6/13/2022
**Case Name:** Leal v. Bedel et al
**Case Number:** 1:22-cv-00150-MRB-KLL
**Filer:**
**Document Number:** 21

**Docket Text:**
**ORDER granting [19] Motion for Extension of Time - it is hereby ORDERED, ADJUDGED, and DECREED that the Motion is GRANTED. Plaintiffs deadline to serve Defendants Cammie Leal and Chelsea Staedter is hereby extended to September 19, 2022. Signed by Magistrate Judge Karen L. Litkovitz on 06/13/2022. (bjc)(This document has been sent by regular mail to the party(ies) listed in the NEF that did not receive electronic notification.)**

**1:22-cv-00150-MRB-KLL Notice has been electronically mailed to:**

Andrew Clark Stebbins    astebbins@minclaw.com

Felicia Bedel    fbedel05@hotmail.com

**1:22-cv-00150-MRB-KLL Notice has been delivered by other means to:**

Samantha Kerns
405 Red Hawk Pt.
Kathleen, GA 31045

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=6/13/2022] [FileNumber=8086798-0
] [508711fce226afa0e383180c4224c817f323809ef113ecbbc1adde52fbfaf09abd0
6e48d97d81239ab2d4905bbdf4c471511a257647af545d0621efc5a51ee1f]]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MICHEAL LEAL, an individual, | ) | CASE NO.: 1:22-CV-00150-MRB |
| *Plaintiff,* | ) | |
| v. | ) | JUDGE: HONORABLE MICHAEL R. BARRETT |
| FELICIA BEDEL, et. al. | ) | |
| *Defendants.* | ) | **ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO PERFECT SERVICE** |

AND NOW, this **13th** day of **June**, 2022, upon consideration of Plaintiff Michael Leal's Motion for Extension of Time to Serve Defendants Cammie Leal and Chelsea Staedter, it is hereby ORDERED, ADJUDGED, and DECREED that the Motion is GRANTED. Plaintiff's deadline to serve Defendants Cammie Leal and Chelsea Staedter is hereby extended to September 19, 2022.

6/13/2022
Dated:

*Karen L. Litkovitz*
Karen L. Litkovitz
U.S. Magistrate Judge