

Granted.
5:12 PM, Jul 4, 2022

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| MICHAEL LEAL  *Plaintiff,*  v.  FELICIA BEDEL  *Defendants.* | Case No.: 1:22-cv-00150-MRB-KLL  Judge Michael R. Barrett  Magistrate Judge Karen L. Litkovitz |
|---|---|
| **DEFENDANT STAEDTER'S MOTION FOR EXTENSION OF TIME** ||

Defendant Chelsea Staedter respectfully moves the Court for an extension of time to file her answer or otherwise plead. Defendant Staedter has reached out to engage Attorney Brian D. Bardwell, who is representing co-Defendants Felcia Bedel and Sam Adamo. She requests a 30-day extension to permit Attorney Bardwell to evaluate and advise her on potential conflicts before preparing her response to the Complaint. Opposing counsel have consented to this extension.

Respectfully submitted,

*/s/Brian D. Bardwell*
Brian D. Bardwell (0098423)
Speech Law, LLC
1265 West Sixth Street, Suite 400
Cleveland, OH 44113-1326
216-912-2195 Phone/Fax
brian.bardwell@speech.law

*Attorney for Defendants Felicia Bedel and Sam Adamo*