IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MICHEAL LEAL, an individual, | ) | CASE NO.: 1:22-cv-00150-MRB-KLL |
| *Plaintiff,* | ) ) | JUDGE: **MICHAEL R. BARRETT** |
| v. | ) ) | |
| FELICIA BEDEL, et. al. | ) ) | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| *Defendants.* | ) ) | |

Pursuant to L.R. 83.4(c)(3), Plaintiff gives notice to the court, parties, and all counsel of record that the undersigned, Attorney Michael Pelagalli of Minc LLC, enters his appearance as lead counsel for Plaintiff, substituting Attorney Andrew Stebbins who hereby withdraws from this case.

Respectfully submitted,

Andrew Stebbins

/s/ *[signature]*

Michael Pelagalli
mpelagalli@minclaw.com
Minc LLC
200 Park Avenue, Suite 200
Orange Village, OH 44122
P: 440.600.8949
F: 440.792.5327
*Counsel for Plaintiff*

/s/ *[signature]*

Andrew Stebbins
astebbins@bdblaw.com
Buckingham, Doolittle & Burroughs, LLC
1375 E. 9th St, Suite 1700
Cleveland, OH 44114
P: 216.736.4233
F: 216.736.4233
*Former Counsel for Plaintiff*

/s/ *[signature]*

Michael Leal
38 Woodfield Rd.
Stonybrook, NY 11790
*Plaintiff*

1