IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL LEAL, | : | |
| | : | |
| Plaintiff, | : | Case No. 1:22-cv-150 |
| | : | |
| v. | : | Judge Barrett |
| | : | |
| FELICIA BEDEL, et al, | : | Magistrate Judge Litkovitz |
| | : | |
| Defendants. | : | |

**ORDER REGARDING NON-COMPLIANCE WITH S.D. Ohio Civ. R. 5.1(c)**

This matter is before the Court pursuant to the Clerk's Office notice of non-compliance with S.D. Ohio Civ. R. 5.1(c) filed on July 29, 2022. (Doc. 29). After further review, the Court finds that the document is not in compliance with S.D. Ohio Civ. R. 5.1(c) and hereby Orders the refiling of document number 28 within 24-hours as a text searchable document. The document shall be linked back to the original filing. Failure to comply with this Order could result in the document being permanently stricken from the docket and/or other appropriate actions, including sanctions.

If you are unable to refile your document by the deadline, or you believe the original document is text searchable, you may file a motion in this case requesting an extension of time to file the document or to request an additional review of the document in question. Alternatively, you may call the Clerk's Office for any inquiries you may have about correcting the issue.

8/3/2022
_____
Date

*Karen L. Litkovitz*
Magistrate Judge Litkovitz
United States District Court