**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| MICHEAL LEAL, an individual, | ) CASE NO.: 1:22-cv-00150-MRB-KLL |
| *Plaintiff,* | ) JUDGE: **MICHAEL R. BARRETT** |
| v. | ) |
| FELICIA BEDEL, et. al. | ) **NOTICE OF SUBSTITUTION OF COUNSEL** |
| *Defendants.* | ) |

Pursuant to L.R. 83.4(b), Plaintiff gives notice to the court, parties, and all counsel of record that the undersigned, Attorney Michael Pelagalli of Minc LLC, enters his appearance as lead counsel for Plaintiff, substituting Attorney Andrew Stebbins who hereby withdraws from this case.

Respectfully submitted,

s/ *Michael Pelagalli*

MICHAEL PELAGALLI
Bar. No. 0093995
mpelagalli@minclaw.com
Minc LLC
200 Park Avenue, Suite 200
Orange Village, OH 44122
P: 440.600.8949
F: 440.792.5327
*Trial Attorney for Plaintiff*

s/ *Andrew Stebbins*
(by s/ Michael Pelagalli per email authorization)
ANDREW STEBBINS
Bar No. 0086387
astebbins@bdblaw.com
Buckingham, Doolittle & Burroughs, LLC
1375 E. 9th St, Suite 1700
Cleveland, OH 44114
P: 216.736.4233
F: 216.736.4233
*Former Trial Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

    I certify that on this 10th day of August, 2022, a true and correct copy of the foregoing was served via the court's electronic filing system and sent by email and mail to the following parties:

Brian Douglas Bardwell
Speech Law LLC
1265 W. 6th Street
Suite 400
Cleveland, OH 44113
general@speech.law
*Counsel for Felicia Bedel,*
*Samantha Kerns, And Chelsea*
*Staedter*

Cammie Leal
10225 W. Marguerite Ave.
Tolleson, AZ 85353

                                                /s/ *Michael Pelagalli*
                                                Michael Pelagalli, Esq.
                                                *Counsel for Plaintiff*