UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
at Cincinnati

**Michael Leal,**

    Plaintiff,                                   Case Number: 1:22-cv-150

    v.

                                            Judge Michael R. Barrett

**Felicia Bedel, et al.,**

    Defendants.

### CERTIFICATE OF MAILING BY CLERK

The Clerk of the United States District Court for the Southern District of Ohio has been requested to issue the Complaint and Summons to the Defendant**.** The requested service was sent by certified mail on September 14, 2022. A copy of the certified mail receipt is attached.


BY: <u>s/ K. Heuer</u>
       Deputy Clerk