

# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
**Domestic Mail Only**

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee
$ $4.00

Extra Services & Fees *(check box, add fee as appropriate)*
- ☒ Return Receipt (hardcopy) $ $3.25
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postmark Here

Postage
$

**Total Postage and Fees**
$ 10.85

1:22cv150

Sent To
Cammie Leal

Street and Apt. No., or PO Box No.
16530 Spring Ranch Road

City, State, ZIP+4®
Livingston, LA 70754

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7021 2720 0000 5650 3336