**Exhibit 1**

## Liddy Legal Support Services
PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client Matter
Account     # OOT
Invoice     # 36029
Liddy       # 398078-1

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

MICHAEL LEAL,

        Plaintiff(s) / Petitioner(s),

vs

FELICIA BEDEL, et al.,

        Defendant(s) / Respondent(s).

**AFFIDAVIT OF ATTEMPTED SERVICE BY PRIVATE PROCESS SERVER**
Case No. 1:22-CV-00150-MRB

STATE OF ARIZONA
County of Maricopa

On 4/01/22 I received a Summons; Civil Cover Sheet; Complaint; and Consent Decree of Dissolution of Marriage, and in each instance I personally attempted to serve a copy of each document listed on those named below in the manner and at the time and place shown, that all attempts, except where noted were made within Maricopa County, Arizona.

Upon CAMMIE LEAL at 10225 W. Marguerite Ave., Tolleson, AZ 85353; on 4/3/22 at 9:55am, There is no answer at the door, blinds closed, quiet inside. There is 1 vehicle present (AZ #CJP4858); on 4/4/22 at 4:05pm, There is no answer at the door, blinds closed. Same vehicle parked in the driveway; on 4/6/22 at 8:38am, I spoke to a Male Resident, who stated he is Cammie's Husband. He agressively walked me off the property and said if I come back he will shoot me. The man also stated he is a member of the MS13 gang. He took a photo of my license plate. I am returning the documents to the client.

Received from Minc,
PROCESS SERVER: Matthew Basham #8493

The undersigned states: That I am a certified private process server in the county of Maricopa and am an Officer of the Court. I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

SIGNATURE OF PROCESS SERVER: _____ Date: 4/11/2022

Subscribed and sworn before me on 4/11/2022

Patricia Ann Mathers
Notary Public
My Commission Expires
January 5, 2023

Tax ID# 90-0533870



PATRICIA ANN MATHERS
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 556966
Expires January 5, 2023