EXHIBIT 2



camcamexclusive 21h
From Create Mode

BEEN REALLY FOCUSED ON GETTING BETTER 💕… I GOT THE VID AT COACHELLA…AND IT IS KICKING MY BOOTY.

….. AND WE FOUND A LAWYER 🙏🏼💗!!!!







#31 MM 18h

# Current status in regards to Defendants being served in the MM Lawsuit

**Felicia has been served.**
(Request for 60 day extension; granted.)

**I (Sam) have been served.**
(Request for 60 day extension; granted)

**Cam has not been served.**
One attempt was made, but she was not home. She is not aware of any other attempts that have been made for service.

**Chelsea has not been served.**
There have been no attempts made that she is aware of.



U Can't Touch This
M.C. Hammer

Reply to mrssamanthaanne...