IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| MICHEAL LEAL, an individual, ) | CASE NO.: 1:22-cv-150 |
| ) | |
| *Plaintiff,* ) | |
| ) | JUDGE MICHAEL BARRET |
| v. ) | |
| ) | |
| FELICIA BEDEL, et. al ) | **AFFIDAVIT OF SERVICE** |
| ) | |
| *Defendants.* ) | |
| ) | |

I, Darcy Buxton, being duly sworn, deposes and says that:

1. I am over the age of 18 and competent to testify on the matters stated herein. Where I have relied upon information from others, I readily state the source of that information. I am a paralegal at Minc LLC, counsel for Plaintiff, and I make this affidavit in support of Plaintiff's Motion for Extension of Time to Perfect Service.

2. Plaintiff has diligently sought to effectuate service on Defendant Cammie Leal since filing Plaintiff's complaint on March 23, 2022 and since this Court granted Plaintiff additional time to serve Defendant Cammie Leal on June 13, 2022.

3. On June 14, 2022, one of my paralegals engaged Maricopa County Sheriffs office to assist with perfecting service on Defendant Leal. Plaintiff learned that Defendant Leal had recently moved from her residence in Arizona and that her residential address had not yet been updated.

4. On or about July 1, 2022 I began running background searches at least once a week on Defendant Leal in attempt to locate her new residence. I was able to learn from her public social media account, Instagram, that she was on vacation in Italy for several weeks.

5. On July 26, 2022 I was able to see from one of Defendant Leal's Instagram posts that she was back from Italy and appeared to have a new residence. Defendant Leal's Instagram posts suggested she was living in Louisiana with and/or around her family.

1

6. On August 23, 2022 Defendant Leal posted a photo and tagged her location of Cajun Country. Upon research I learned that Cajun Country is referred to as French Louisiana which includes the jurisdiction of Thibodaux and Livingston, which are both locations in which Defendant Leal's family currently lives.

7. On August 24, 2022 I ran a locate search on both Defendant Leal and her Husband Kyle Lima. I was able to locate a new address for Lima at 16530 Spring Ranch Road, Livingston, Louisiana 70754. I was then able to positively match images posted publicly on Defendant Leal's Instagram account to images of this residence posted on Zillow.com along with the image Plaintiff had of the defendant's residence.

8. On August 24, 2022 I engaged the Livingston Sheriffs office to execute service on Defendant Leal.

9. On August 30, 2022 Livingston Sheriffs office attempted service on Defendant Leal. The deputy was told that Leal had moved to Thibodeaux, Louisiana by a male matching Lima's description who answered the door at the residence. *See* Exhibit A, Receipt of Unsuccessful Service Attempt on August 30, 2022.

10. On September 1, 2022 I spoke with the Sheriff's office and was informed that the officer attempted service but Defendant Leal had moved and they were returning our request un-executed.

11. On September 2, 2022 we engaged the Livingston Sheriff's office again to attempt another service after providing evidence to the Sheriffs office that she is currently living at that residence, including social media posts of her in the home. *See* Exhibit B, Social Media Posts in the Livingston Residence.

12. On September 6, 2022 the sheriff attempted service again on Defendant Leal however no one answered the door and no vehicles were in the drive way.

13. On September 7, 2022 I talked with Deputy Wagner who stated that he attempted service again on Defendant Leal and that Lima was aggressive when he attempted service. He claims Leal moved away and doesn't live there and threatened to sue the department for harassment.

14. On September 8, 2022 I sent the deputy additional information on Defendant Leal and he stated that he was going to look into her more as he has an officer that lives next to the residence who claimed that she is in fact living there.

15. On September 9, 2022 Deputy Wagner called to inform me that Lima saw him driving down the road and made an obscene gesture to him and then confronted him again. Deputy Wagner was going to be meeting with his superiors on the matter since Lima has become hostile. A deputy who lives near them confirmed Defendant Leal lives at that address and drives a red Lexus.

16. On September 12, 2022 a request to have the Court attempt service via certified mail in accordance with Ohio R. Civ. P. 4.1, on Defendant Leal at the new address was filed with the Court.

17. On September 13, 2022 a new summons was issued to Defendant Leal and is reflected on the court docket.

18. Deputy Wagner agreed to provide an affidavit attesting to the details of his service attempts, however he was unable to provide the affidavit prior to filing this Motion, but provided a brief summary of the activity in an email. The email correspondence is attached hereto as Exhibit C.

19. Despite diligent effort to serve Defendant Leal, Plaintiff requires additional time to perfect service.

Dated: September 16, 2022.

_____
Darcy Buxton

Sworn to me on this 16 day of
September, 2022

_____
Notary Public

LORIE L KAUFMAN
Notary Public
State of Ohio
My Comm. Expires
March 25, 2025

4