# Livingston Sheriff's Office

122150  Page # 1

## Admin Information

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Case Number: | 122150 | Paper Number: | 0000000001 | Status: | DND |
| Division: |  | Paper Type: | SUM |  |  |
| Date Issued: | // | Date Received: | 08/29/2022 | District/Zone: |  |
| Type of Court: |  | County of Court: | US DISTRICT COURT OHIO |  |  |
| City of Court: |  | State: |  | Zip Code: |  |
| Fee: |  | Fee Date: | // |  |  |
| Comments: |  |  |  |  |  |

## Attorney Information

Name:
Address:  Apt:
City of Court:  State:  Zip Code:
Phone: ()-

## Person

[X] Person Subpoenaed  [ ] Defendant  [ ] Plaintiff  [ ] Business

Last Name: LEAL  First Name: CAMMIE
Middle Name:  Suffix:
Address: 16530  SPRING RANCH  RA  Apt:
City: LIVINGSTON  State: LA  Zip Code: 70754
Date of Birth: //  Social Security: --  Sex:  Race:

## Employer Information

Name:
Address:  Apt:
City:  State:  Zip Code:
Hours at Place of Employment There:  From:  To:

## History

Date Tried: 08/30/2022  Time: 06:48
Officer ID: TW1991
Comments: Moved to Thibodeaux,
Status: DND-DUE AND DILIGENT

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

MICHAEL LEAL

*Plaintiff(s)*

v.

FELICIA BEDEL
CAMMIE LEAL
CHELSEA STAEDTER
SAMANTHA KERNS AKA SAMANTHA ADAMO

*Defendant(s)*

Civil Action No. 1:22-CV-150

RECEIVED
AUG 29 2022
Livingston Parish Sheriff Office

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cammie Leal
~~10225 W Marguerite Avenue~~
~~Tolleson, AZ 85353~~

16530 Spring Ranch Road
Livingston LA, 70754

145 Cercle De L Univesite St. #735
Thibodaux, LA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: ~~Andrew Stebbins, Esq.~~ Michael Pelagalli
Minc Law
200 Park Avenue, Suite 200
Cleveland, OH 44122

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 3/28/2022

DUE & DILIGENT
Date returned 8/30/22
unable to serve Cammie Leal
because MOVED TO
THIBODAUX, LA

Thomas Wag
Deputy Sheriff
Parish of Livingston

CLERK OF COURT

*Signature of Clerk or Deputy*