**Exhibit B**



Outdoor gym on patio - Notice the same door as image below from zillow







Same bathroom down to the silver metal towel hook





Same fans^^^^^