**Exhibit C**

| | |
|---|---|
| **From:** | THOMAS E WAGNER |
| **To:** | Darcy Buxton |
| **Subject:** | Re: Cammie Leal service |
| **Date:** | Friday, September 16, 2022 11:30:34 AM |

Good morning,

I am writing to inform you that we have not been able to make contact with Cammie LEAL, and that due to the threats (made via telephone) made by Kyle Lima, we have decided to return the papers as Due and Diligent. More than three attempts were made for service. Mr. Lima's threats included threats of injury to the deputy that continued to attempt service. If you recall, we had one encounter with him, where he told us that Cammie Leal had moved to Thibodaux, LA. After that, we never had contact at the door again, but he would call the office, whenever an attempt at service was made. He even alleged that the deputy was attempting to steal his gym equipment, and that our visits violated the 4th Amendment to the US Constitution. Our chain of command made the decision to stop attempting service, after Mr. Leal blocked a roadway, and confronted me about going to his house.

Thank you for your time.

Thomas Wagner
Deputy Sheriff
Livingston Parish Sheriff's Office