# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MICHEAL LEAL, an individual, | ) | CASE NO.: 1:22-CV-00150-MRB |
| *Plaintiff,* | ) ) ) | JUDGE: HONORABLE MICHAEL R. BARRETT |
| v. | ) ) | |
| FELICIA BEDEL, et. al. | ) ) | **PROPOSED ORDER GRANTING** |
| *Defendants.* | ) ) ) | **PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO PERFECT SERVICE** |

AND NOW, this _____ day of September, 2022, upon consideration of Plaintiff Michael Leal's Second Motion for Extension of Time to Serve Defendant Cammie Leal, it is hereby ORDERED, ADJUDGED, and DECREED that the Motion is GRANTED.  Plaintiff's deadline to serve Defendant Cammie Leal is hereby extended to November 18, 2022.


_____  
Dated:

_____  
Karen L. Litkovitz  
U.S. Magistrate Judge