# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MICHEAL LEAL, an individual, | ) | CASE NO.: 1:22-CV-00150-MRB |
| *Plaintiff,* | ) ) | |
| | ) | JUDGE: HONORABLE MICHAEL R. BARRETT |
| v. | ) ) | |
| FELICIA BEDEL, et. al. | ) ) | |
| | ) | **~~PROPOSED~~ ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO PERFECT SERVICE** |
| *Defendants.* | ) ) ) | |

AND NOW, this __19th__ day of September, 2022, upon consideration of Plaintiff Michael Leal's Second Motion for Extension of Time to Serve Defendant Cammie Leal, it is hereby ORDERED, ADJUDGED, and DECREED that the Motion is GRANTED. Plaintiff's deadline to serve Defendant Cammie Leal is hereby extended to November 18, 2022.

9/19/2022
Dated:

_Karen L. Litkovitz_
Karen L. Litkovitz
U.S. Magistrate Judge