**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Michael Leal,
    Plaintiff(s),

v.

Felicia Bedel, et al.,
    Defendant(s).

Case No. 1:22-cv-150
(Barrett, J.; Litkovitz, M.J.)

## CALENDAR ORDER

This case shall proceed as follows:

1. Deadline for leave to amend pleadings: **November 21, 2022**

2. Deadline for disclosure of expert witnesses and submission of expert reports:
   Plaintiff identify and produce primary expert report(s): **March 17, 2023**
   Defendant identify and produce primary expert report(s): **March 17, 2023**
   Parties Disclosure and report of rebuttal experts: **May 1, 2023**
   Disclosure of non-expert (fact) witnesses:  **October 16, 2022**

3. Discovery deadline: **December 16, 2022**

4. Dispositive motion deadline: **January 31, 2023**

5. Hearing on Motion to Strike (doc. 40):  **Thurs., November 3, 2022 at 3:00 pm before Magistrate Judge Karen L. Litkovitz**

6. Final Pretrial Conference and Jury Trial dates will be set at a later date by Judge Barrett pursuant to his case management schedule.*

Date 9/21/2022

*/s/ Karen L. Litkovitz*
Karen L. Litkovitz
United States Magistrate Judge

*The specific dates will be assigned by the District Court

awh    September 21, 2022