**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| MICHEAL LEAL, an individual, | CASE NO.: 1:22-CV-00150-MRB |
| *Plaintiff,* | |
| v. | JUDGE MICHAEL R. BARRETT |
| FELICIA BEDEL, et. al | |
| *Defendants.* | CHIEF MAGISTRATE JUDGE KAREN L. LITKOVITZ |

I, Michael Leal, being duly sworn, deposes and says that:

1. I am over the age of 18, I am the Plaintiff in the above-captioned matter, and I am competent to testify on the matters stated herein.

2. I am an entrepreneur in the fitness and bodybuilding industry, as well as a former Army Ranger. I have predominantly marketed and promoted my business and bodybuilding career online via social media until the Defendants' actions, as set forth in the Complaint, forced me to distance myself from online platforms and largely terminate my business activities all together.

3. I was in a romantic relationship with Defendant Chelsea Staedter in 2020 while I was in the process of filing for a dissolution of my marriage with Defendant Felicia Bedel.

4. Defendant Staedter also has a career and substantial online presence in the fitness and bodybuilding industry. I provided Defendant Staedter with business advice, and she promoted my business on numerous occasions.

5. I ended my romantic relationship with Defendant Staedter after I discovered that she had given me a sexually-transmitted disease.

6. Upon discovery of the transmission of the sexually-transmitted disease, Defendant Staedter and I exchanged numerous text messages regarding this issue during which Defendant Staedter repeatedly admitted that she gave me the STD.

1

7. The exhibits attached to this Affidavit are true and accurate copies of text messages exchanged between myself and Defendant Staedter regarding the transmission of the STD.

8. Defendant Staedter has made false and defamatory statements about me online via Instagram.

9. Defendant Staedter has falsely claimed that I gave her a sexually transmitted disease (chlamydia) on Instagram via Instagram Live and Instagram Stories.

10. Contrary to her public claims, and as supported by our text messages, Defendant Staedter gave me a sexually-transmitted disease; not the other way around.

11. Defendant Staedter has also falsely claimed I engage in unethical and/or unlawful business practices and has urged her social media following to report me and/or my company to the Food and Drug Administration.

12. Contrary to Defendant Staedter's claims, I have not engaged in any unethical or unlawful business practices.

13. The exhibits attached to this Affidavit are true and accurate copies of the false and defamatory statements Defendant Staedter published about me via Instagram Stories.

14. I also understand that Defendant Staedter repeated these false claims on Instagram Live sessions from her Instagram account and in concert with Defendant Kearns' Instagram Live session(s).

15. Defendant Staedter's false and defamatory claims have caused, and continue to cause, me significant reputational harm and significant mental anguish and distress.

Dated: October 12, 2022.

_____
MICHAEL LEAL

Sworn to me on this 12 day of October, 2022

_____
Notary Public

MATTHEW LOMOTAN
Notary Public - State of New York
No. 01LO6194755
Qualified in Suffolk County
Commission Expires October 6, 2024



**EXHIBIT A-1**

One LAST thing.

Getting an STD literally saved me from falling victim and probably being in a much worse place. He made me think it was my fault the whole time, but the lies have been brought to light.

I've spent 2 years working so hard on myself to love myself, to support myself and to be happy alone.
Something Mike Leal can NEVER DO.

I will ALWAYS be OK because I depend on me and me alone.

@mrssamanthaanne

Case: 1:22-cv-00150-MRB-KLL Doc #: 42-1 Filed: 10/12/22 Page: 4 of 11 PAGEID #: 204

11:02



trollyoyooly 22h
chelcbabyyy 5h
From Create Mode

Suddenly I'm remembering conversations of you telling me how you went on 20 dates before we started dating. Trips to visit other girls who were just "girlfriends" who wanted to date you but you "weren't interested."
That doesn't mean you didn't FUCK them.

Keep saying I gave you chlamydia....that's fine.

But tell me this, HOW DID FELICIA GET IT? You started treatment before I even left CO and I left on NYE. You couldn't stop fuxking around for less than a week. It's been 3 months since I've been out of your life and now all of a sudden she's dealing with an STD too?

All I know is I'm clear and living a happy life on my own, making my own money like before I met you, I didn't need to invest in your company....I hustled and paid for my shit on my own.
You fooled me not once, but twice.
I've learned.
You will never be a good person.

@mrssamanthaanne

Send Message




1:08

chelcbabyyy 13m
From Create Mode

If you have ever taken any MODERN SCIENCE LABS products and had any concerning side effects, please swipe up to report to the FDA.

Since I have the swipe up feature please send this to anyone you might need it.



SWIPE UP



Reply...

See More

Please lemme know when you get there babe. Drive safe

I will ! Im in alot of pain

I know. I'm sorry. Ugh I feel so bad. Especially if we think what it is 😔

Im just being honest I think thats what it is

Thats why I have been off the last 3 days too

It really hurts

Understandable

I've never dealt with some thing like this

And I would never blame u i just been upset

If that's what it is I must have had it and never knew. I was tested last year but not this year because I've barely had sex



days.

**Wait. What??**

**Can we just talk about this when your back?**

**Mike you need to understand, I didn't cheat on you or anything! This had to be from previous!!**

> I understand that.

> They just gave me my shot waiting on my meds

**Okie**

**The thought of you moving and everything workout me just hurts. I was so ready for this with you. I felt so right.**

**Without ***

> Believe me , I know but u have to understand my feelings too. I could have said goodbye and it be over

iMessage

Chelsea

> Laugh about what ?

> Sry I didn't understand what ya said

Like laugh about the fact that I literally didn't have sex with anyone and then we get together and I give you an std. like I know it probably sounds weird but I was thinking we would look back at this situation down the road and laugh about it.

But I was totally wrong

I've never had any symptoms ever, and I feel so stupid for not getting checked recently, and look what it's done to something I was so sure about

Because I was an idiot and didn't get checked.

It's ruined everything we had planned.

The move, Tito and zoey, me helping you everyday.

KLL Doc #: 42-1 Filed: 10/12/22 Page

**Chelsea**

> helping you everyday.
>
> My poor decisions did this and now I have to live with that.
>
> I'm sorry I put you in so much pain and I'm sorry I've made you put your guard up and step back.
>
> Deep down I think you really know me, and know I'm good. I'm pure of heart and I will do anything for you.
> I love you and respect what you need

> I know you do. If I didnt think that then I would have blsated u on social media and screamed at u.
>
> But I didnt
>
> I know u care and love me. I just need to take some time and get my head right from this as well.
>
> Im upset. It sucks but if we dont rebuild shit then it will topple as soon as u come here

Driving sorry

I want to be civil here, I believe in you and your companies and still support the Fuxk out of it. You're so smart and I still want to learn from you and get my business started and you have so many connects. If I could just get help with this car thing I would be so appreciative. I'm literally hustling my ass off over here. I have some one who wants to invest in my company, like things are happening and I'm ready to get them started.

K ill still help

Thank you. I appreciate that. You wanted to see my success when we were together, I hope you can still want that for me as just a human.

I do