Office of the Clerk
Potter Stewart U.S. Courthouse
Room 103
100 East Fifth Street
Cincinnati, Ohio 45202

7021 2720 0000 5650 3336

CERTIFIED MAIL

UNC

Cammie Leal
16530 Spring Ranch Road
Livingston, LA 70754

RECEIVED
OCT 17 2022
RICHARD W. NAGEL, Clerk Of Court
CINCINNATI, OHIO

9/7
9/22
10/2

FIRST-CLASS

US POSTAGE $010.85 SEP 13 2022

NIXIE 773 FE 1 0010/11/22
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 45202591125 *2091N25416A-01015