IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **MICHAEL LEAL**<br>　　　　*Plaintiff,*<br>v.<br>**FELICIA BEDEL**, *et al.*<br>　　　　*Defendants.* | Case No.: 1:22-cv-00150-MRB-KLL<br><br>Judge Michael R. Barrett<br><br>Magistrate Judge Karen L. Litkovitz |
| **STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANT FELICIA BEDEL** ||

Under Fed. R. Civ. P. 41(a)(1)(A), Plaintiff stipulates to dismissal with prejudice of all claims against Defendant Felicia Bedel, with costs to be taxed to Plaintiff. The parties have reached a settlement, attached as Ex. A. Defendant Felicia Bedel stipulates to dismissal on these terms and to the denial of any pending motions as moot.

Respectfully submitted,

/s/Michael Pelagalli
Michael Pelagalli (0093995)
Caroline Ford (0101360)
Minc LLC
200 Park Ave, Suite 200
Orange Village, Ohio 44122
Ph: (216) 373-7706
mpelagalli@minclaw.com
*Attorneys for Plaintiff Michael Leal*

/s/Brian D. Bardwell
Brian D. Bardwell (0098423)
Speech Law, LLC
1265 West Sixth Street, Suite 400
Cleveland, OH 44113-1326
216-912-2195 Phone/Fax
brian.bardwell@speech.law
*Attorney for Defendant Felicia Bedel*